# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **LEDON MERRIWEATHER,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case number 4:07cv0073 TCM |
| | ) |
| **DWAYNE KEMPKER,** | ) |
| | ) |
| Respondent. | ) |

## ORDER

This 28 U.S.C. § 2254 case was assigned to the undersigned pursuant to Local Rule 2.08(A) of Eastern District of Missouri. This Rule requires that a party whose case has been assigned to a magistrate judge sign and file with the Clerk of the Court a form indicating whether he consents to the magistrate judge assignment or chooses to have the case reassigned to a district judge. Petitioner has failed to comply with this requirement. Obviously, the undersigned has no jurisdiction to preside over this case without the consent of all parties. Therefore, in order to avoid any further delay in the ultimate resolution of this case, this case will be transferred to a United States District Judge. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall randomly reassign the instant cause of action to a United States District Judge for disposition.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 14th day of March, 2007.